CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 18 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FONSO L. WIRES, <br> Plaintiff, | Civil Action No. 7:05-CV-00374 |
| v. | **MEMORANDUM OPINION** |
| DR. DAVID ROFF, IRWIN FISH, <br> Defendants. | By: Hon. Glen E. Conrad <br> United States District Judge |

Plaintiff Fonso L. Wires, a Federal inmate proceeding pro se, brought an action for injunctive relief, which this court construed as a Bivens action, with jurisdiction vested under 28 U.S.C. § 1331. On June 17, 2005, this court directed Wires to show proof of exhaustion and either pay the filing fee or apply to proceed in forma pauperis within twenty (20) days or risk dismissal of this action. Wires has not complied with this order. Therefore, this court dismisses this complaint without prejudice for failure to comply with a court order. If Wires wishes to pursue this matter he may refile the complaint with the required information. An appropriate order will be entered this day.

ENTER: This 18th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE