CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 18 2005

JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **FONSO L. WIRES,** Plaintiff, | ) | **Civil Action No. 7:05-CV-00374** |
| **v.** | ) | **FINAL ORDER** |
| **DR. DAVID ROFF, IRWIN FISH,** Defendants. | ) | **By: Hon. Glen E. Conrad** **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this Bivens action shall be and hereby is **DISMISSED** without prejudice and this action is hereby stricken from the active docket of this court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 18th day of July, 2005.

[signature]
UNITED STATES DISTRICT JUDGE